UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Criminal No.** 10-239

UNITED STATES OF AMERICA v. JESSE HEMINGWAY

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Jesse Hemingway**, SBI# 981393B, dob _____ s now confined at the Hudson County Jail.

2. Said individual will be required at the United States District Court in Newark, New Jersey, on Monday, April 26, 2010, at 11:00 a.m. for an Arraignment before Hon. Stanley R. Chesler in the above captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: April 19, 2010                /s Rodney Villazor
                                     RODNEY VILLAZOR
                                     Assistant United States Attorney
                                     Petitioner (973) 645-2823

ORDER FOR WRIT:  Let the Writ Issue.
DATED: 4/22/2010
                                     HON. STANLEY R. CHESLER
                                     UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:  The United States of America to

WARDEN OF HUDSON COUNTY JAIL, WE COMMAND that you have the body of **Jesse Hemingway,**    76 now confined in Hudson County Jail, brought to the United States District Court, located in Newark, N.J. on Monday, April 26, 2010, at 11:00 a.m. for an Arraignment, in the above-captioned matter.  The defendant shall remain in federal custody until these proceedings are completed.  Immediately on completion of these proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge at Newark, NJ

DATED: 4/21/2010          WILLIAM T. WALSH
                          Clerk of the U.S. District Court
                          for the District of New Jersey
                    Per: _____
                          Deputy Clerk