UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | No. 10-cr-239 (SRC) |
| JESSE HEMINGWAY | : | ORDER FOR CONTINUANCE |

An indictment charging defendant JESSE HEMINGWAY with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g); and defendant having been represented by the undersigned defense counsel appearing before the Court on April 23, 2010 for an initial appearance; and defendant and his counsel being aware that a trial must be held within 70 days of the filing of the indictment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to reach a plea agreement; the Government and defendant hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach a plea agreement which would thereby render trial of this matter unnecessary;

IT IS on this 26th day of April, 2010

ORDERED that from the date this Order is entered, to and including June 28, 2010, shall be excluded in calculating the

time within which a trial must be held under the Speedy Trial Act for the following reasons:

    1.   Plea negotiations currently are in progress, and both the United States and defendants desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

    2.   Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Patrick McMahon, AFPD
Counsel for Jesse Hemingway

_____
HONORABLE STANLEY R. CHESLER
United States District Judge